# Court of Appeals
# of the State of Georgia

ATLANTA, February 12, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0894. JOEL SCHOENBLUM v. DONE WRIGHT MOTORS et al.

This case began in magistrate court. Following an adverse ruling, plaintiff Joel Schoenblum appealed to the superior court, which issued a final judgment in favor of the defendants. Following the denial of his motion for a new trial, Schoenblum appealed directly to this Court. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Schoenblum's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/12/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*